Herman Beck, appellant,

*v.*

Catherine Beck, respondent.

On appeal from a final decree advised by Vice-Chancellor Bird, decreeing permanent separation from bed and board, and directing permanent alimony, at the rate of $55.55 per month, and the appeal also brings up the order for alimony *pendente lite*, at $10 per week.

The decree was made on bill filed November 26th, 1886, by Catharine Beck against Herman Beck, for a divorce from bed and board for extreme cruelty, and alimony and maintenance were also asked.

Answer was filed denying the acts of cruelty charged, and setting up counter charges.    Evidence was taken orally before the vice-chancellor, and the above decrees were made.    No opinion was filed.

Vanderbilt *v.* Central R. R. Co.

*Mr. John R. Emery,* for appellant.

*Mr. Samuel Kalisch,* for respondent.

Per Curiam.

The decree of the court of chancery should be so modified that it shall provide that either party to the cause may, at any time, apply to that court for a change in the allowance to the complainant for maintenance and support, or in the security for the payment of such allowance.

*Decree unanimously reversed.*